981 F.2d 1250
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Joseph N. BRIGGS, Petitioner-Appellant,
v.
Richard E. VERNON; Attorney General of The State of
Maryland, Respondents-Appellees.
 No. 92-7026.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: November 30, 1992
Decided: December 18, 1992
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, District Judge.
 Joseph N. Briggs, Appellant Pro Se.
 D.Md.
 AFFIRMED.
 Before WILKINS and NIEMEYER, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Joseph N. Briggs appeals from the district court's order dismissing without prejudice his petition filed pursuant to 28 U.S.C. § 2254 (1988) for failure to exhaust state court remedies. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Briggs v. Vernon, No. CA-92-2528-WN (D. Md. Sept. 25, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED